UNITED STATES BANKRUPTCY COURT
Northern District of California

RS10 038
FILED
OCT 1X 2010
CLERK
United States Bankruptcy Court
San Jose, California

In re: Karim Walji and Nazleen Abdul Walji

Debtor(s)

Bankruptcy No.: ~~10-52797~~ CN 7
R.S. No.: ~~10-52797~~
Hearing Date:
Time:

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 03/22/2010    Chapter: 7
    Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: 06/28/2010

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value:    $_____    Source of value: _____
Contract Balance:     $_____    Pre-Petition Default:    $_____
Monthly Payment:      $_____    No. of months: _____
Insurance Advance:    $_____    Post-Petition Default:   $_____
                                  No. of months: _____

FILED
NOV 0 3 2010
CLERK
United States Bankruptcy Court
San Jose, California

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal.           $_____    Pre-Petition Default:    $_____
As of (date): _____              No. of months: _____
Mo. payment:           $_____    Post-Petition Default:   $_____
Notice of Default (date): _____  No. of months: _____
Notice of Trustee's Sale: _____  Advances Senior Liens:   $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ | | | |
| _____ | | | |
| _____ | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Movants seek relief from stay to pursue Non-bankruptcy Action filed in State Court containing non-dischargeable claims.

Dated: ~~September~~ Oct. 28, 2010

Signature
Richard Wynn
Print or Type Name

Attorney for Movants

Richard Wynn (SBN 200752)
WYNN LAW GROUP
301 E. Ocean Blvd., Suite 1700
Long Beach, CA 90802
Telephone: (562) 590-3700
Facsimile: (562) 590-3077

Attorneys for Plaintiffs:
JOHNNY BERDUSCO, RUTH MELENDEZ
RICARDO CHAVEZ MONTALVO
CELSA AVENDONE and MIRIAM

FILED

NOV 0 3 2010

CLERK IB
United States Bankruptcy Court
San Jose, California

RS10 038

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>KARIM WALJI and NAZLEEN WALJI,<br><br>Debtors. | Case No.: 10-52797 CN 7<br><br>Adversary Case No.: 10-5218 CN<br><br>**NOTICE OF MOTION AND MOTION FOR RELEIF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH SUPPORTING DECLARATIONS)** |
| JOHNNY BERDUSCO; RUTH MELENDEZ, RICARDO CHAVES MONTALVO, CELSA AVENDONE; and MIRIAM AVENDONE, a Minor by and through her guardian, CELSA AVENDONE,<br><br>Plaintiffs,<br><br>vs.<br><br>KARIM WALJI and NAZLEEN ABDUL KARIM,<br><br>Defendants. | Movant(s): Johnny Berdusco, Ruth Melendez, Ricardo Chavez Montalvo, Celsa Avendone, and Miriam Avendone (Action in Non-bankruptcy Forum).<br><br>DATE: November 10, 2010<br>TIME: 2:00 p.m. |

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH
SUPPORTING DECLARATIONS)

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797  Doc# 28  Filed: 11/03/10  Entered: 11/03/10 16:31:37  Page 2 of 13
Adversary No. 10-5218 CN

NOTICE IS HEREBY GIVEN to the Debtor(s), Karim Walji and Nazleen Abdul Karim, their attorneys, and other interested parties that on the above date and time and in the indicated courtroom, Movants in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtors and Debtors' bankruptcy estate on the grounds set forth in the attached motion.

A preliminary hearing will take place at the United States Bankruptcy Court, Northern District of California, San Jose Branch located at 280 South First Street, San Jose, California, at the date and time listed in the caption of this pleading.

This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 4001-1. Unless otherwise ordered, motions shall be set for preliminary hearing not less than 14 days after service. Respondent should appear personally or by counsel of record to the preliminary hearing on the date and time referenced above.

Motions shall be served the same day they are filed or sent for filing. Unless otherwise ordered, no oral testimony will be received by the Court at any hearing on a motion for relief from stay. A respondent will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

Dated: October 18, 2010

WYNN LAW GROUP

By: _____
Richard Wynn
Attorney for Movants

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH
SUPPORTING DECLARATIONS)

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797  Adversary No. 10-9218 GN  Doc# 28  Filed: 11/03/10  Entered: 11/03/10 16:31:37  Page 3 of 13

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY

(MOVANTS: Johnny Berdusco, Ruth Melendez,
Ricardo Chavez Montalvo,
Celsa Avendone, and Miriam Avendone)

1. The Non-bankruptcy Action: Movants move for relief from the automatic stay as to Debtors and Debtors' bankruptcy estate with respect to the following pending lawsuit ("the Non-bankruptcy Action") in a non-bankruptcy forum:

**Case Name:** Johnny Berdusco, Ruth Melendez, Ricardo Chavez Montalvo, Celsa Avendone, and Miriam Avendone vs. Karim Walji, Nazleen Abdul Karim, Shirazali Lawji and Doulat Walji

**Case Number:** 107CV089441

**Court:** Superior Court of California, County of Santa Clara
191 N. First Street
San Jose, CA 95113

2. Case History: On July 6 2007, Movants filed a Civil Complaint against Debtors and two other related Defendants in Superior Court of California, County of Santa Clara under Court Case #107CV089441. The Civil Complaint alleged assault and battery, intentional infliction of emotional distress, false imprisonment, malicious prosecution and other causes of action in the Complaint. Plaintiffs, Celsa Avendone and Miriam Avendone, voluntarily submitted themselves to lie detector tests wherein the results confirmed the aforesaid mentioned causes of action as wells as a history of sexual assaults. Plaintiffs contend the criminal charges of extortion and conspiracy are false and were conjured up by Defendant, Karim Walji, and his Co-Defendants to conceal the sexual assault that Karim Walji committed on Celsa and Miriam Avendone. In 2007, the criminal charges were dismissed pursuant to

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH
SUPPORTING DECLARATIONS)

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797   Doc# 28   Filed: 11/03/10   Entered: 11/03/10 16:31:37   Page 4 of 13
Adversary No. 10-5218 CN

California Penal Code §1385 "in the interest of justice" by the Santa Clara District Attorney's Office. Shortly thereafter, Plaintiffs filed their Civil Complaints and extensive discovery, depositions, expert designations, private mediation, and a mandatory settlement conference was conducted between Plaintiffs and three (3) different law firms that represented all four Defendants. Trial documents were exchanged between the Parties and filed with the court. The Jury Trial was scheduled to commence on March 22, 2010 when Defendants (Karim Walji and Nazleen Abdul Walji) filed for Chapter 7 protection under the Bankruptcy Code on the morning of trial.

Plaintiff filed an Adversary Complaint on June 28, 2010 to Determine Debts Non-dischargeable under 11 U.S.C. §523 based on allegations of assault and battery, intentional infliction of emotional distress, false imprisonment, and malicious prosecution.

3. Grounds for Relief from Stay: Pursuant to 11 U.S.C. §362(d)(1), cause exists to grant Movants relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons: The majority of the claims at issue are non-dischargeable in nature pursuant to 11 U.S.C. §523 and can be most expeditiously resolved in the non-bankruptcy forum. The State Court action includes two (2) additional but indispensable Parties who are not under the protection of the Bankruptcy Code.

Movants/Plaintiffs claims are in the State Court and were filed in the State Court on July 6, 2007. Debtors filed this Bankruptcy Petition ON THE MORNING THE STATE COURT TRIAL WAS SCHEDULED TO START. The State Court is most familiar with all the facts and circumstances of the case as it handled the case for approximately 3 years of litigation until the eve of trial. All discoveries (including but not limited to depositions, written discoveries, subpoenas,

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH SUPPORTING DECLARATIONS)

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797  Adversary No. 10-3218 CN  Doc# 28  Filed: 11/03/10  Entered: 11/03/10 16:31:37  Page 5 of 13

expert designations, and exchange of trial documents) have been completed in that case and the State Court has conducted a Mandatory Settlement Conference. It is more judicially economic to have the matter tried in the State Court wherein all discoveries have been completed and there are two additional Defendants still awaiting trial arising out of the same parties, facts and issues. It is highly prejudicial to Movants/Plaintiffs to re-litigate and try this matter in Bankruptcy Court, and then return to State Court to try the same issues, occurrences and witnesses for the remaining two indispensable Defendants. Furthermore, on March 22, 2010, the scheduled Trial Judge indicated to this Counsel that a trial date could be scheduled within 30 days of Notice of Relieve from the Automatic Stay in Bankruptcy Court.

4. Evidence in Support of Motion: Movants submit the attached Declaration of Richard Wynn and Second Amended Complaint in the State Court Action (Exhibit "A") to provide evidence in support of this Motion pursuant to Local Bankruptcy Rule 4001-1(a).

WHEREFORE, Movants pray that this Court issue an Order granting the following:

1. Relief from the stay to Movants (and its successors and assigns, if any) terminating the stay as to Debtors and Debtors' bankruptcy estate;

2. Allowing Movants to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtors or estate property;

3. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of title 11 of the United States Code;

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH
SUPPORTING DECLARATIONS)
Adversary No. 10-5218 CN

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797   Doc# 28   Filed: 11/03/10   Entered: 11/03/10 16:31:37   Page 6 of 13

4. That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived; and

Respectfully Submitted        WYNN LAW GROUP

Dated: October 18, 2010       /s/ Richard Wynn
Richard Wynn, Esq.
Attorney for Movants/Plaintiffs

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH SUPPORTING DECLARATIONS)

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797 Doc# 28 Filed: 11/03/10 Entered: 11/03/10 16:31:37 Page 7 of 13
Adversary No. 10-5218 CN

# DECLARATION OF RICHARD WYNN

RE ACTION IN NON-BANKRUPTCY FORUM
(MOVANTS: Johnny Berdusco, Ruth Melendez,
Ricardo Chavez Montalvo,
Celsa Avendone, and Miriam Avendone)

I Richard Wynn, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum ("Non-bankruptcy Action") that is the subject of this motion because I am the Movants' attorney of record in the Non-bankruptcy Action.

2. I am the Attorney of Record in the underlying Non-bankruptcy Action at issue, which is currently pending:

**Case Name:** *Johnny Berdusco, Ruth Melendez, Ricardo Chavez Montalvo, Celsa Avendone, and Miriam Avendone vs. Karim Walji, Nazleen Abdul Karim, Shirazali Lawji and Doulat Walji*

**Case Number:** 107CV089441

**Court:** Superior Court of California, County of Santa Clara
191 N. First Street
San Jose, CA 95113

3. The causes of action pleaded in the non-bankruptcy forum are: 1) Assault and Battery, 2) Intentional Infliction of Emotional Distress, 3) Negligent Infliction of Emotional Distress, 4) False Imprisonment, 5) Negligent Misrepresentation, 6) Malicious Prosecution, 7) Defamation, 8) Wages and Hours, 9) Breach of Contract, and 10) Conversion. A true and correct copy of

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH
SUPPORTING DECLARATIONS)
Adversary No. 10-5218 CN

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797   Doc# 28   Filed: 11/03/10   Entered: 11/03/10 16:31:37   Page 8 of 13

Movants Second Amended Complaint filed in the State Court Action is attached and incorporated herein as Exhibit "A".

4. The Non-bankruptcy Action was filed on July 6, 2007 and amended on January 4, 2008. I conducted extensive discovery in this matter that included (depositions, written discoveries, expert designation, expert deposition and exchange of trial documents) and the Parties went through private mediation and mandatory settlement conference. Debtors and the other two indispensable Defendants retained three different law firms to stall the commencement of trial as follows: McManis, Faulkner & Morgan; Sims & Layton; and Law Offices of Jason A. Pollack. The matter was set to commenced jury trial on March 22, 2010 when Debtors filed for Chapter 7 relief that morning. The Action is currently set for a Case Management Review Hearing on January 27, 2011.

5. The claims raised in Movants' State Court Action are mostly non-dischargeable in nature pursuant to Title 11, U.S.C., Section 523(a)(b). The claims allege conducts that are willfully and maliciously caused injury to Movants barring discharge pursuant to Title 11, U.S.C., Section 727(a)(3) and (4).

6. On March 22, 2010, the scheduled Trial Judge has indicated to this Counsel that a trial date can be scheduled within 30 days of Notice of Relieve from the Automatic Stay in Bankruptcy Court.

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH
SUPPORTING DECLARATIONS)

**WYNN LAW GROUP**
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797  No. 10-5218 GN  Doc# 28  Filed: 11/03/10  Entered: 11/03/10 16:31:37  Page 9 of 13

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct and that this Declaration was executed on October 18, 2010, at
3 | Riverside, California.

                                                                                                        Richard Wynn,
                                                                                                        Declarant

NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE
AUTOMATIC STAY UNDER 11 U.S.C. §362 (WITH
SUPPORTING DECLARATIONS)

WYNN LAW GROUP
6370 Magnolia Avenue, Suite 330
Riverside, California 92506
Telephone: (951) 782-9999 / Facsimile: (951) 782-7400

Case: 10-52797    Doc# 28    Filed: 11/03/10    Entered: 11/03/10 16:31:37    Page 10 of 13
Adversary No. 10-5218 CN

**EXHIBIT "A"**

```
1  Richard Wynn (SBN: 200752)
   WYNN LAW GROUP
2  6370 Magnolia #330
   Riverside, California 92506
3  Telephone: (951) 782-9999
   Fax: (951) 782-7400
4
5  Attorneys for Plaintiffs
```



FILED
JAN 4 2008
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
By _____ Deputy

HCS  A. FLORES

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SANTA CLARA

**BY FAX:**

| | |
|---|---|
| JOHNNY BERDUSCO; RUTH MELENDEZ; RICARDO CHAVEZ MONTALVO; CELSA AVENDONE; AND MIRIAM AVENDONE, a Minor by and thru her guardian, CELSA AVENDONE, <br><br> Plaintiffs, <br><br> vs. <br><br> KARIM WALJI; NAZLEEN ABDUL KARIM; DOULAT WALJI; SHIRAZALI LAWJI; and DOES 1 Through 20, INCLUSIVE, <br><br> Defendants. | Case No.: 107CV089441 <br><br> UNLIMITED JURISDICTION <br><br> PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES: <br><br> 1) ASSAULT AND BATTERY <br> 2) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS <br> 3) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS <br> 4) FALSE IMPRISONMENT <br> 5) NEGLIGENT MISREPRESENTATION <br> 6) MALICIOUS PROSECUTION <br> 7) DEFAMATION <br> 8) WAGES & HOURS <br> 9) BREACH OF CONTRACT <br> 10) CONVERSION |

**COMES NOW PLAINTIFFS,** JOHNNY BERDUSCO; RUTH MELENDEZ; RICARDO CHAVEZ MONTALVO; CELSA AVENDONE; AND MIRIAM AVENDONE, a Minor by and thru her guardian, CELSA AVENDONE, by and through their counsel and for cause of action

1

PLAINTIFFS' SECOND AMENDED COMPLAINT

Case: 10-52797  Doc# 28  Filed: 11/03/10  Entered: 11/03/10 16:31:37  Page 12 of 13

against DEFENDANT(S) (collectively "Defendants") and DOES 1 through 20, inclusive alleges as follows:

GENERAL ALLEGATIONS

1. Plaintiffs, JOHNNY BERDUSCO, RICARDO CHAVEZ MONTALVO, CELSA AVENDONE and MIRIAM AVENDONE, are and at all times herein mentioned were residents of the County of Santa Clara, State of California.

2. Plaintiff, RUTH MELENDEZ, is and at all times herein mentioned was a resident of the County of Los Angeles, State of California. In November 29, 2005 through November 30, 2005, Plaintiff, RUTH MELENDEZ (hereinafter referred to as "MELENDEZ"), was in the County of Santa Clara where this incident occurred.

3. Defendants, KARIM WALJI, NAZLEEN ABDUL KARIM, and SHIRAZALI LAWJI, are and at all times herein mentioned were residents of the County of Santa Clara, State of California, residing at 1126 Fox Hollow Court, Milpitas, California with the exception of SHIRAZALI LAWJI who residing in San Jose.

4. Defendant, DOULAT WALJI, is and at all times herein mentioned was a resident of the County of Santa Clara, State of California. DOULAT WALJI (hereinafter referred to as "DOULAT") is the mother of defendant, KARIM WALJI and reside at the house next door located at 1134 Fox Hollow Court, Milpitas California.

5. The true names or capacities, whether individual, corporate, associate or otherwise of defendants KARIM WALJI, NAZLEEN ABDUL KARIM, SHIRAZALI LAWJI, DOULAT WALJI, and DOES 1 through 50, inclusive, are unknown to plaintiffs who therefore sues said Defendants by such fictitious names. Plaintiffs are informed and believe and therefore allege that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings referred to, and legally caused injury and damage proximately