# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am a citizen of the United States and am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the action, my employment address is: 6370 Magnolia Avenue, Suite 330, Riverside, CA 92506.

On June 25, 2010 I served the foregoing document described as: Adversary Complaint, to all interested parties by placing the true copy thereof in a sealed envelope, addressed as shown below:

**Summons Not Issued.**

[X]   BY REGULAR POSTAL DELIVERY:

   I deposited such envelopes in the United States Mail at Riverside, CA postage fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage mete date is more that 1-day after date of deposit for mailing in affidavit.

   X   STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   Executed on June 25, 2010 at Riverside, California.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Cindy Castellon

- 1 -

| In re: Karim Walji and Nazleen Abdul Walji | Chapter: 7 |
| --- | --- |
| Debtor(s). | Case Number: 10-52797 CN 7 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category 1. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 E. Ocean Blvd., Suite 1700
Long Beach, CA 90802

A true and correct copy of the foregoing document described as <u>Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362 (with supporting declarations)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicated method for each person or entity served):
On <u>10/18/10</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the following document is filed.

Ellahie & Farooqui, LLP
12 South First Street, Suite 600
San Jose, CA 95113

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>10/18/2010  Cindy Castellon</u>

Date          Type Name          Signature